Cause# 1299499-A     81,635-01

Jeremiah Clark
TDCJ# 1744663,
Relator

§
§
§
§
§
§

In the 184th
Judicial District
Court of
Harris County,
Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS
COURT OF CRIMINAL APPEALS
MAR 1? 201
MAR 1? 201
Abel Acosta, Clerk
Abel Acosta, Clerk

Harsis Daniels
County District Clerk
In His or Her Official Capacity,
Respondent

4.            ## Plantiff's Motion for Default Judgement

MOTION DENIED
DATE: 3-18-15
BY ___

To the Honorable Judge of said court:

Comes now, Jeremiah Clark, TDCJ# 1744663, Relator, Pro se in the above styled and numbered cause of action and files Moition for Default Judgement and would show the Court the following:

B. Relator

1.01 On the day of 5-6-13 Relator filed an application for Writ of Habeas Corpus in the above-stlyed and numbered cause. Relator received a copy of the state Court's Proposed Order Designating Issues and for filing Affidavit addressed to Emily Munoz De toto, stating said attorney was ordered to file Afficlavit within 30 days in order to resolve Controvessial issues, thus enabling the state to

...ders accurate Judgment regarding Relators Application for Writ Habeas Corpus.

02 After Relator noticed no action of the state Court or any adherence to the Order from Emily Munoz Detoto, Relator proceeded to file Original Application for Writ of Mandamus before ~~Homorable~~ Honorable Judge of said Court, Pro se, in the above styled and numbered cause, praying that Respondent transmit copy of the Application for Writ of Habeas Corpus, ~~answer any~~ answers filed and a certificate reciting the Date upon which the finding was made to the Court of Criminal Appeals as directed in Article 11.07 section 3(c) of the Texas Code of Criminal procedure and as requested in Relators letters. Your Honor set the motion of Mandamus in abeyance and set an order ~~for~~ Respondent by the date of 7-9-14; to file a response, which may be made by submitting the record on such Habeas Corpus application, submitting a copy of a timely filed order that designates issues to be investigated", "or stating that Relator has not filed an application for a writ of Habeas Corpus in Harris County."

C. Respondent
 2.01 Neither Respondent or Emily Munoz Detoto has adhered to the orders given by the Courts, Even after sufficent amount of time. The Relator does ~~catt~~ not recall, the Honorable Judge of said Court giving the Respondent an extension of time to file order. Respondent is in Default according to Fed. R. Civ. P. 55(b) and is subject to Default Judgment.

D. <u>Prayes for Releif</u>

Wherefore premises Considered, Relater, Mr. Jeremiah Clark TDCJ#1744663, respectfully request a finding of Default Judgement on the part of Respondent. According to Rose v. Rose 117 S.W. 3d 8 A defendant who neither answers nor appears has admitted facts properly pled and Justice the Justice of Opponent's Claim. and is thus subject to Default Judgment (Vernon's Ann. Texas Rules Civ. Proc., 99, 237, 238, 239) Relator ask that the Court takes the following into Consideration. Not only the Plantiffs Original Application for Writ of Mandamus be taken Out of abeyance, but the court Sees the default of Respondent as proof that Relator has discharged his burden of Proof in his Application for Writ of Habeas Corpus and that the errors argued in the Memorandum in argument to support His Writ of Habeas Corpus will not be considered harmless and the court will Consequently vacate the Conviction and punishment assesed In this Case and Remand for an entry of aquittal as the Law requires. It is in the interest of justice it is so prayed.

Respectfully submitted,
Jeremiah Clark #1744663

I, Jeremiah Clark #1744663 am presently Confined in the Texas Department of Criminal Justice Correctional Institutions Division of Ferguson Unit located at 12120 Savage Dr., Midway, Tx 75852-3654; Declare under penalty of perjury that the forgoing is true and Correct to the best of my Knowledge.
Executed on March 8, 2015

TDCJ#1744663
Relator